**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Joseph Chabot,<br><br>                Plaintiff,<br>v.<br><br>Apple Recovery, LLC; and DOES 1-10, inclusive,<br><br>                Defendants. | Civil Action No.: 4:14-cv-40153-TSH |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

Dated: November 24, 2014

                Respectfully submitted,

                PLAINTIFF, Joseph Chabot

                /s/ Sergei Lemberg
                Sergei Lemberg, Esq.
                B.B.O. No.: 650671
                **LEMBERG LAW, L.L.C.**
                1100 Summer Street, 3rd Floor
                Stamford, CT 06905
                Telephone: (203) 653-2250
                Facsimile:  (203) 653-3424
                slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 24, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                  By /s/ Sergei Lemberg
                                                     Sergei Lemberg